UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SWEETBERRY HOLDINGS LLC, | Case No. 3:20-cv-08200-FLW |
| Plaintiff, |  |
| v. | **ORDER** |
| TWIN CITY FIRE INSURANCE COMPANY, |  |
| Defendant |  |

**THIS MATTER** comes before the Court on a Motion for Judgment on the Pleadings filed pursuant to Federal Rule of Civil Procedure 12(c) by James Brochin, Esq., counsel for Defendant Twin City Fire Insurance Company ("Defendant"); it appearing that Plaintiff Sweetberry Holdings LLC ("Plaintiff"), through its counsel Ryan Farrell, Esq., opposes the Motion; the Court having reviewed the submissions of the parties pursuant to Federal Rule of Civil Procedure 78, for the reasons expressed in the Opinion also filed on this date, and for good cause shown,

**IT IS** on this 19th day of July, 2021

**ORDERED** that Defendant's Motion for Judgment on the Pleadings is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the Clerk of the Court shall mark this matter as **CLOSED**.

/s/ Freda L. Wolfson
Freda L. Wolfson
U.S. Chief District Judge